UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
CASE NO. 3:13-cv-01520

PRINCIPAL NATIONAL LIFE
INSURANCE COMPANY,

        Plaintiff,

v.

J.C. DAVID HADDEN and EMILY C. COASSIN,
as Trustees of the LAWRENCE P. COASSIN
IRREVOCABLE TRUST dated 06/23/1999,

        Defendants.
_____/

**PLAINTIFF PRINCIPAL NATIONAL LIFE INSURANCE COMPANY'S**
**FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, plaintiff, Principal National Insurance Company, hereby states and makes affidavit that Principal National Life Insurance Company's ultimate parent corporation is Principal Financial Group, Inc., a Delaware Corporation, the common stock of which is publicly traded on the New York Stock Exchange.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: October 16, 2013

        Respectfully submitted,

        /s/ Bruce H. Raymond_____
        Bruce H. Raymond, ct04981
        Raymond Law Group LLC
        90 National Drive, Suite 3
        Glastonbury, CT 06033
        P: 860-633-0580
        F: 860-633-0438
        Raymond@raymondlawgroup.com
        Attorneys for Plaintiff Principal Life

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date a copy of foregoing pleading was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

Date:  October 16, 2013                             /s/ Bruce H. Raymond
                                                                      Bruce H. Raymond