UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**ORDER ON PRETRIAL DEADLINES**

Unless the Court orders otherwise, the parties shall adhere to and comply with the following deadlines and procedures:

(a) In accordance with Local Civil Rule 26(f), within **thirty days** of the appearance of any defendant, the parties shall confer for the purposes described in Federal Rule of Civil Procedure 26(f). During this conference, a party shall also notify the opposing party of any curable defects in the pleadings which will be the subject of a motion to dismiss if not cured. Within **fourteen days** after this conference, the parties shall jointly file a report on Form 26(f), which appears in the Appendix to the Local Civil Rules.

(b) The parties shall file all motions relating to joinder of parties, claims or remedies, class certification, or amendment of the pleadings within **sixty days** after the filing of a complaint, the filing of a petition for removal, or the transfer of an action from another district.

(c) The parties shall file all motions to dismiss based on the pleadings within **ninety days** after the filing of a complaint, the filing of a petition for removal, or the transfer of an action from another district. The filing of a motion to dismiss will not result in a stay of discovery or extend the time for completing discovery. *The Court will not entertain any motion to dismiss unless and until the parties hold a pre-filing conference with the Court as described in paragraph (f).*

(d) The parties may commence formal discovery pursuant to the Federal Rules of Civil Procedure after the parties have conferred as described in paragraph (a) and even if a scheduling order has not yet been entered pursuant to Local Civil Rule 16(b). The Court encourages informal discovery by agreement of the parties, which may commence at any time. The parties shall complete discovery within **six months** after the filing of a complaint, the filing of a petition for removal, or the transfer of an action from another district.

(e) The parties shall file all motions for summary judgment within **seven months** after the filing of a complaint, the filing of a petition for removal, or the transfer of an action from another district. *The Court will not entertain any motion for summary judgment unless and until the parties hold a pre-filing conference with the Court as described in paragraph (f).*

(f) *Pre-filing conference.* Before any party files a motion to dismiss, motion for summary judgment, or motion for partial summary judgment, that party shall

Rev. 8-1-13

request, in the form of an electronically filed motion, a pre-filing conference. If the pre-filing conference has not been held in a regularly scheduled conference or otherwise waived by the Court, a party must file its motion requesting such a conference no later than **thirty days** before the due date for the relevant dispositive motion. *The docketing of a motion seeking a pre-filing conference will automatically stay the deadline related to the filing of the dispositive motion at issue; no motion for an extension of time to file the dispositive motion is necessary*.

At the pre-filing conference, the parties will address whether filing a motion to dismiss, motion for summary judgment, or motion for partial summary judgment appears warranted under the circumstances. If requested, and at the discretion of the Court, this conference may be conducted by telephone, with arrangements to be made by the requesting party. The Court will expect all counsel to have previously conferred on the subject matter of the proposed motion and to be prepared to advise the Court of any pleading amendment, discovery, or other matter relevant to the disposition of the proposed motion. Counsel should be prepared to articulate the dismissal issues or material issues contended to be disputed or undisputed in the case along with reference to the relevant support in the record.

(g) The parties shall file their Joint Trial Memorandum within **thirty days** following the Court's ruling on motions for summary judgment. The case will be deemed "trial ready" immediately following such ruling.

(h) Counsel shall provide the Court with a copy only of (1) any opinion or decision cited in a document filed with the Court which is not available through the Westlaw or Lexis database services and (2) any statute, ordinance, or regulation cited which is not part of the United States Code or the Connecticut General Statutes.

The plaintiff(s) shall serve a copy of this order on all defendants.

    IT IS SO ORDERED.
    /s/
    Janet Bond Arterton, U.S.D.J.

Rev. 8-1-13