UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CASE NO.  3:13-cv-01520-JBA

PRINCIPAL NATIONAL LIFE
INSURANCE COMPANY,

        Plaintiff,

v.

J.C. DAVID HADDEN and EMILY C. COASSIN,
as Trustees of the LAWRENCE P. COASSIN
IRREVOCABLE TRUST dated 06/23/1999,

        Defendants.
_____/

## NOTICE OF APPEARANCE OF COUNSEL
## ON BEHALF OF PLAINTIFF

Pursuant to D. Conn. L. Civ. R. 5, notice is hereby given give of the appearance of undersigned counsel on behalf of the plaintiffs in the above entitled matter, to wit:

Name:  Jay M. Wolman

Bar No.:  CT29129

Address:  Raymond Law Group LLC
90 National Drive, Suite 3
Glastonbury, CT 06033

Telephone:  (860) 633-0580

Fax No.:  (860) 633-0438

E-mail:  Wolman@raymondlawgroup.com

Dated:  OCTOBER 17, 2013

Respectfully submitted,
THE PLAINTIFF

By: /s/ Jay M. Wolman
Jay M. Wolman ct29129
Raymond Law Group LLC
90 National Drive, Suite 3
Glastonbury, CT 06033
P: 860-633-0580
F: 860-633-0438
wolman@raymondlawgroup.com
Its Attorneys

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date a copy of foregoing pleading was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

Date:  October 17, 2013                               /s/ Jay M. Wolman
                                                       Jay M. Wolman