UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PRINCIPAL NATIONAL LIFE<br>INSURANCE COMPANY, | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NUMBER: |
| v. | ) | |
| | ) | |
| EMILY C. COASSIN and THOMAS GIBNEY | ) | 3:13-cv-01520 (JBA) |
| AS CO-TRUSTEES OF THE LAWRENCE P. | ) | |
| COASSIN IRREV. TRUST dtd 6-23-99, | ) | |
| Defendants. | ) | SEPTEMBER 23, 2014 |

## MOTION TO APPEAR AS
## NON-PARTY WITNESS

Gregory Wolff hereby moves for permission to appear as a non-party witness in the above-captioned matter. Mr. Wolff seeks permission to appear so that counsel can represent his interests at his deposition being held September 23, 2014.

        NON-PARTY WITNESS
        GREGORY WOLFF

        By:  /s/ Robert W. Cassot ct24094
            Robert W. Cassot
            Federal Bar No.: ct24094
            **MORRISON MAHONEY LLP**
            One Constitution Plaza
            Hartford, CT 06103
            Tel.:   (860) 616-7641
            Fax:   (860) 541-4854
            Email:  rcassot@morrisonmahoney.com

1

1207580v1

## CERTIFICATION OF SERVICE

I hereby certify that on September 23, 2014, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                By:  /s/ Robert W. Cassot ct24094
                     Robert W. Cassot
                     Federal Bar No.: ct24094

2

MORRISON MAHONEY LLP • COUNSELLORS AT LAW
ONE CONSTITUTION PLAZA • HARTFORD, CONNECTICUT 06103
(860) 616-4441 • JURIS NO. 404459

1207580v1