ELECTRONIC RULING ON PLAINTIFF'S MOTION FOR PROTECTIVE ORDER AS TO LOCATION OF DEPOSITIONS OF PLAINTIFF'S WITNESSES AND REQUEST FOR EXPEDITED RULING, FILED 11/26/14 (Dkt. #42) IN PRINCIPAL NATIONAL LIFE INS. CO. V. EMILY C. COASSIN ET AL., 13 CV 1520 (JBA)

12/5/14 – It is a truly sad reflection upon the practice of law in 2014 when a federal judicial officer must rule upon a discovery dispute that involves travel of approximately 32-33 miles, between Hartford and New Haven, which is a daily routine for many people in this State. (See Dkts. ##42, 44-46, 49).

As a courtesy to plaintiff's witnesses and counsel, who are flying into Bradley International Airport, which is north of Hartford, the depositions on Tuesday, December 9, 2014, and Thursday, December 11, 2014, will be held in Hartford, so as to minimize their travel time and not jeopardize their return flights home. As has been offered, if requested by defense counsel, plaintiff's counsel will have a copy of the entire file available in Hartford so that defense counsel will not have to transport his file. (Dkt. #49, at 2). However, the deposition on Wednesday, December 10, 2014, will be held in New Haven. Plaintiff's representatives need only rent additional cars on one day (Dkt. #42, at 2-3; Dkt. #49, at 1), if they choose not to take the train instead.