UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PRINCIPAL NATIONAL LIFE INSURANCE, COMPANY, | : <br> : <br> : |
| Plaintiff, | : CIVIL ACTION NO. <br> : 3:13cv1520(JBA) |
| v. | : |
| EMILY C. COASSIN and THOMAS GIBNEY, as Co-Trustees of the Lawrence P. Coassin Irrevocable Trust dated 06/23/1999, | : <br> : <br> : |
| | : JANUARY 23, 2015 |
| Defendants. | : |

## DEFENDANTS AND COUNTERCLAIM PLAINTIFFS' MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

Defendants and Counterclaim Plaintiffs Emily C. Coassin and Thomas Gibney, as Co-Trustees (the "Co-Trustees") of the Lawrence P. Coassin Irrevocable Trust dated 06/23/1999, pursuant to Federal Rule of Civil Procedure 5.2(d) and D. Conn. L. Civ. R. 5, move for leave to file under seal records containing confidential medical information of Lawrence P. Coassin (the "Decedent") and confidential business documents of Plaintiff and Counterclaim Defendant Principal National Life Insurance Company ("Principal"). The grounds for this motion are as follows:

1.  Principal filed a motion for summary judgment on December 31, 2014. The Co-Trustees objection is to be filed on January 23, 2014. It will be necessary for this Court to examine confidential health information of the Decedent as well as confidential business information of Principal to rule on this motion.

2. The Co-Trustees ask for leave to file under seal certain documents containing confidential health information of the Decedent in support of their opposition to Principal's motion for summary judgment. Additionally, the Co-Trustees ask for leave to file under seal documents containing confidential business information of Principal, namely portions of Principal National Life Insurance Company's Underwriting Guidelines. Documents to be filed containing such confidential information are:

- excerpts of un-redacted deposition transcripts from the following depositions:
    a. Depositions of Nathan Berns dated December 9 and 10, 2014
    b. Deposition of Lorenzo S. Galante, M.D. dated June 16, 2014
    c. Deposition of Michelle Palmer dated December 10, 2014
- the following declarations:
    a. Declaration of Ronald Hirokawa, M.D. dated January 21, 2015
    b. Declaration of Samuel J. Potolicchio, M.D. dated January 20, 2015
    c. Declaration of Don Kelley dated January 21, 2015 with attached expert report;
- the following medical records pertaining to the Decedent:
    a. medical records maintained by Lorenzo S. Galante M.D.
    b. medical records maintained by Ronald Hirokawa, M.D.
    c. medical records maintained by Patrick McDermott, M.D.
- Portions of Principal National Life Insurance Company's Underwriting Guidelines.
- Certain documents from the files of Principal National Life Insurance Company.

3. The above-referenced documents contain confidential health information of the Decedent and/or confidential business information of Principal. The public has no legitimate

interest in the disclosure of confidential health information that is contained in these documents. The Decedent's family and his estate have a legitimate interest in protecting the privacy of this confidential medical information, the disclosure or dissemination of which may cause injury thereto. Similarly, Principal has claimed an interest in protecting the privacy of its confidential underwriting guidelines.

    4.    The Co-Trustees are unaware of a less restrictive alternative to filing under seal. The confidential medical or business information cannot be redacted from the documents because the Court must evaluate that information in ruling on Principal's motion for summary judgment and the Co-Trustees' objection thereto.

    5.    Copies of the above-listed documents, marked as Exhibits 1 through 3 and Exhibits 10-17 of the Declaration of David R. Schaefer dated January 23, 2015 are attached in a sealing envelope pursuant to D. Conn. L. Civ. R. 5(e)(4)(c) to be filed under seal. The Co-Trustees ask that the Court direct the Clerk of the Court to place Exhibits 1 through 3 and Exhibits 10-17 under seal until the close of this matter and thereafter destroy or return them to the Co-Trustees.

    6.    Counsel for the Co-Trustees has contacted counsel for Principal regarding this motion. Principal's counsel supports to the relief sought herein.

WHEREFORE, the Co-Trustees ask that this Court enter an Order granting this motion to file certain confidential documents under seal and to render such other further relief as may be just and appropriate.

                DEFENDANTS EMILY C. COASSIN
and THOMAS GIBNEY, as Co-Trustees of
the Lawrence P. Coassin Irrevocable Trust
dated 6/23/1999

By:     *David R. Schaefer*
      David R. Schaefer (ct04334)
      BRENNER, SALTZMAN & WALLMAN LLP
      271 Whitney Avenue
      New Haven, CT  06511
      Juris No. 06063
      Tel. (203) 772-2600
      Fax: (203) 562-2098
      Email:  dschaefer@bswlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2015, a copy of the foregoing was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

/s/*David R. Schaefer*
David R. Schaefer (ct04334)